## THIRD DISTRICT.

R. J. Shotwell and J. P. Shotwell, appellants, v. Robert P. Tate, appellee. Gen. No. 9,106.

Opinion filed April 20, 1938.

Hal M. Stone, for appellants. William J. and William R. Bach, for appellee.

Mr. Presiding Justice Fulton delivered the opinion of the court.